UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRITTANY GLENN,<br><br>       Plaintiff,<br><br>vs.<br><br>GEORGIA DEPARTMENT<br>OF CORRECTIONS,<br><br>       Defendant. | Civil Action File No.<br>5:21-CV-000171-MTT |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PENDING SETTLEMENT PAYMENTS

COME NOW Plaintiff Brittany Glenn and Defendant Georgia Department of Corrections (collectively the "Parties"), by and through their respective Counsel, and hereby give notice that the Parties reached a settlement agreement resolving all claims asserted in the above-captioned case. The Parties have finalized, and executed, a settlement agreement, which provides a portion of the settlement sum will be paid within fourteen days of execution by Plaintiff and that the remaining portion of the settlement sum will be issued by July 15, 2022. However, pursuant to the current Scheduling and Discovery Order [Doc. 6], several deadlines will pass prior to the issuance of the full settlement sum in July of 2022. Consequently, the Parties respectfully request that the Court stay the proceedings/deadlines in this

matter through July 31, 2022, to allow the Parties to effectuate the terms of the settlement agreement and for Plaintiff to file a request for dismissal with prejudice.

Respectfully submitted, this ___ day of April, 2022.

| | |
|---|---|
| <u>s/Kenneth E. Barton III</u>(with express permission by Ryan A. Kolb)<br>Kenneth E. Barton III<br>Georgia Bar No. 301171<br>*Counsel for Plaintiff*<br>Cooper, Barton & Cooper, LLP<br>170 College Street<br>Macon, GA 31201<br>Telephone: (478) 841-9007<br>Fax: (478) 841-9002<br>Email: keb@cooperbarton.com | <u>s/Ryan A. Kolb</u><br>Ryan A. Kolb<br>Georgia Bar No. 204207<br>*Counsel for Defendant*<br>Georgia Office of the Attorney General<br>40 Capitol Square S.W.<br>Atlanta, Georgia 30334-1300<br>Telephone: (404) 458-3395<br>Fax: (404) 657-9932<br>Email: rkolb@law.ga.gov |