# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| BRITTANY GLENN,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGIA DEPARTMENT<br>OF CORRECTIONS,<br><br>    Defendant. | Civil Action File No.<br>5:21-CV-000171-MTT |

## PROPOSED ORDER GRANTING MOTION TO STAY PENDING SETTLEMENT PAYMENTS

The Parties having moved this Court to stay these proceedings pending finalization of their settlement agreement, and for good cause shown, the Parties' Motion to Stay Pending Settlement Payments is hereby **GRANTED**. In accordance with the Court's broad discretion to manage its cases, it is hereby **ORDERED** all deadlines set forth in the Court's Scheduling and Discovery Order (Doc. 6) shall be stayed to July 31, 2022.

SO ORDERED this ____ day of April, 2022.

_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT