IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRITTANY GLENN,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Civil Action No.:<br><br>5:21-cv-00171-MTT |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Brittany Glenn and Defendant Georgia Department of Corrections, by and through the undersigned counsel, and hereby stipulate to the **DISMISSAL** of this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own attorney's fees and costs.  The Parties further request that the Clerk of Court mark this case as **CLOSED**.

Respectfully submitted, this 14th day of June, 2022.

| | |
|---|---|
| /s/ Kenneth E. Barton III<br>KENNETH E. BARTON III<br>Georgia Bar No. 301171<br>*Attorney for Plaintiff*<br><br>COOPER, BARTON & COOPER, LLP<br>170 College Street<br>Macon, Georgia 31201<br>(478) 841-9007 telephone<br>(478) 841-9002 facsimile<br>keb@cooperbarton.com | /s/ Ryan A. Kolb<br>*With Express Permission*<br>RYAN A. KOLB<br>Georgia Bar No. 204207<br>*Attorney for Defendant*<br><br>Georgia Department of Law<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>(404) 656-3385<br>rkolb@law.ga.gov |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing STIPULATION OF DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

Hon. Christopher M. Carr, Attorney General
c/o Ryan A. Kolb, Esq.
Georgia Office of the Attorney General
40 Capitol Square S.W.
Atlanta, Georgia 30334-1300
rkolb@law.ga.gov
*Attorneys for Defendant*

This 14th day of June, 2022.

                                                KENNETH E. BARTON III
                                                Georgia Bar No. 301171
                                                *Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
Telephone: (478) 841-9007
Facsimile: (478) 841-9002
keb@cooperbarton.com